

# JOANNA STATON
## District Clerk
### BELL COUNTY, TEXAS

**BELL COUNTY JUSTICE COMPLEX**
1201 Huey Road • P. O. Box 909 • Belton, Texas 76513
(254) 933-5197 • Fax (254) 933-5199
Joanna.Staton@co.bell.tx.us • www.bellcountydistrictclerk.org

May 22, 2015

<span style="color:blue">**Received via e-mail 5/26**</span>

Jeffrey D. Kyle, Clerk
Attention: Courtland
Court of Appeals
P.O. 12547
Austin, TX 78711-2547

RE: Trial Court Cause No. 73309, 73310, 73311, 71838
Appellate Case # 03-15-00040-CR, 03-15-00041-CR, 03-15-00042-CR, 03-15-00043-CR
The State of Texas VS. Kody Lee Broxton

Courtland:

Our office is requesting an extension of time to file the Supplemental Clerk's Record. As of May 22, 2015 the Findings of Fact and Amended Trial Court Certification have not been filed with our office. Judge Martha J. Trudo is schedule to be out of the office all next week. We are requesting a two week extension. As soon as the paperwork is filed with us, our office will forward the Supplemental Clerk's Record to the Court of Appeals.

If my office can be of further assistance, please advise.

Sincerely yours,
Joanna Staton
District Clerk
Bell County, Texas

By: _Jennifer Hoelscher_
Jennifer Hoelscher, Criminal Deputy Clerk

CC: File Copy